UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CURTIS PALMER,<br><br>        Plaintiff,<br><br>    v.<br><br>PERALTA, *et al.*,<br><br>        Defendants. | No.  1:24-cv-00104-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 12 |

Plaintiff Johnny Curtis Palmer is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 28, 2024, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that this action proceed against defendant correctional officers Harris and Hickey for excessive force in violation of the Eighth Amendment for not responding when plaintiff told them multiple times that the handcuffs on his wrists were causing him pain. Doc. 12. The magistrate judge further recommended that all other claims and defendants be dismissed based on plaintiff's failure to state claims upon which relief may be granted. *Id.* The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. *Id.* The findings and recommendations were re-served on July 1, 2024, following the filing of plaintiff's notice of change of address, and the deadline to file objections was extended accordingly. Doc. 13.

1

Plaintiff did not file objections, and the extended deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 28, 2024, (Doc. 12), are ADOPTED IN FULL;
2. This action shall proceed on plaintiff's first amended complaint, filed June 24, 2024, (Doc. 9), against defendants Harris and Hickey, correctional officers, for excessive force in violation of the Eighth Amendment for not responding when plaintiff told defendants Hickey and Harris multiple times that the handcuffing was painful;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   March 3, 2025

UNITED STATES DISTRICT JUDGE

2