# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CURTIS PALMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERALTA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00104-KES-BAM<br><br>ORDER DENYING SUBSTITUTION OF ATTORNEY WITHOUT PREJUDICE<br><br>(ECF No. 24) |

　　　Plaintiff Johnny Curtis Palmer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Harris and Hickey ("Defendants") for excessive force in violation of the Eighth Amendment for not responding when Plaintiff told Defendants multiple times that the handcuffing was painful.

　　　On August 26, 2025, Defendant Harris filed a proposed substitution of attorney to substitute Peter J. Hirsig and Daniel R. Mayer of McNamara, Ambacher, Wheeler, Hirsig & Gray, LLP, "as counsel of record for *Defendants* in place of Rob A. Bonta, Esq., Monica N. Anderson, Esq., and Nathan Guerrero, Esq. of the Attorney General of the State of California." (ECF No. 24 at 1) (emphasis added). The substitution of attorney is electronically signed by Defendant Michael Harris, Deputy Attorney General Nathan Guerrero, and Daniel R. Mayer. (*Id.* at 2.) The signature block for Mr. Mayer identifies Peter J. Hirsig and Daniel R. Mayer as

1

1  "Attorneys for Defendants MICHAEL HARRIS & TYLOR HICKEY."  (*Id.*)  However, the
2  proposed substitution of attorney is not signed by Defendant Hickey.

3  The inconsistency noted in the request for substitution is compounded by two
4  contemporaneous filings in this action:  (1) Answer to First Amended Complaint by Defendants
5  Michael Harris *and* Tylor Hickey, filed by Mr. Mayer on August 26, 2025, and identifying Mr.
6  Hirsig and Mr. Mayer as attorneys for Defendant "MICHAEL HARRIS and TYLOR HICKEY,"
7  (ECF No. 25 at 1, 5); and (2) Defendant Hickey's request for a second extension of time to file a
8  responsive pleading, filed by Deputy Attorney General Nathan Guerrero on August 26, 2025, and
9  listing Rob Bonta, Kyle Lewis, and Mr. Guerrero as attorneys for Defendant Hickey, (ECF No.
10 26).  Relevant here, according to the declaration of Mr. Guerrero accompanying the request for an
11 extension of time, the Office of the Attorney General is substituting out of representation of the
12 Defendants in this case, and the California Department of Corrections and Rehabilitation has
13 retained new counsel to represent Defendants going forward.  ((ECF No. 26-1 at ¶ 2.)  Mr.
14 Guerrero was informed by incoming counsel from McNamara, Ambacher, Wheeler, Hirsig &
15 Gray LLP that they would be filing substitutions of representation for the Defendants in the
16 immediate future.  (*Id.* at ¶ 3.)  However, while making efforts to meet the deadline to file a
17 responsive pleading for both Defendants, incoming counsel also informed Mr. Guerrero that,
18 although able to successfully contact Defendant Harris, contact with Defendant Hickey was not
19 successful.  Mr. Guerrero worked with incoming counsel on Defendant Harris' substitution,
20 which was filed on August 26.  (*Id.* ¶ 4.)  Mr. Guerrero anticipates that an additional fourteen
21 days should provide sufficient time to allow incoming counsel to complete the representation
22 substitution for Defendant Hickey and prepare a response to the complaint.  (*Id.* ¶ 5.)

23 It appears to the Court that Mr. Hirsig and Mr. Mayer intend to be substituted as counsel
24 for both Defendant Harris and Defendant Hickey in these proceedings, and, as incoming counsel,
25 they have filed an answer on behalf of both Defendant Harris and Defendant Hickey.  However,
26 because the request for substitution is signed only by Defendant Harris, but purports to substitute
27 Mr. Hirsig and Mr. Mayer as counsel for "Defendants," the request (ECF No. 24), is DENIED
28 without prejudice.  Any future request to substitute defense counsel must clearly identify the

1  defendant or defendants seeking the substitution.

3  IT IS SO ORDERED.

4     Dated:   **August 27, 2025**                         /s/ *Barbara A. McAuliffe*
5                                                        UNITED STATES MAGISTRATE JUDGE

3