# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHNNY CURTIS PALMER

Plaintiff,

v.

PERALTA, *et al.*,

Defendants.

Case No. 1:24-cv-00104-KES-BAM (PC)

ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date: January 6, 2027**
**Time: 1:30 p.m.**

Plaintiff Johnny Curtis Palmer ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 20, 2026, the deadline for filing all dispositive motions expired. (ECF No. 39.) This case is now ready to be set for a jury trial on Plaintiff's claim against Defendants Harris and Hickey ("Defendants") for excessive force in violation of the Eighth Amendment for not responding when Plaintiff told Defendants multiple times that the handcuffing was painful.

The Court will set a telephonic status conference for January 6, 2027, at 1:30 p.m. to discuss setting the relevant deadlines and trial date before District Judge Kirk E. Sherriff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is set for **January 6, 2027, at 1:30 p.m.** before the undersigned in Courtroom 8 (BAM);
2. The parties shall appear **<u>telephonically (via Zoom)</u>**;

3. Defense counsel shall contact Courtroom Deputy Corina Lopez Amador at (559) 499-5613 or clopez@caed.uscourts.gov for the Zoom dial-in information for all parties;
4. **Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a telephonic appearance at the scheduled date and time**;
5. If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the Court by no later than **December 7, 2026**; and
6. The Court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated: **November 23, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE